## DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

September 26, 2011

Keyon Anthony Manning #37628-037
USP Lee
P.O. Box 305
Jonesville, VA  24263

Re: *United States of America v. Manning*
Criminal Case No. PJM-08-08

Dear Sir:

The Court has received your inquiry seeking reduction in sentence under the Fair Sentencing Act of 2010. The United States Sentencing Commission recently voted to give retroactive effect to its proposed amendment to the sentencing guidelines implementing the Fair Sentencing Act of 2010. Unless Congress acts to disapprove the Amendment, it will take retroactive effect as of November 1, 2011.

The Amendment would not affect the statutory provisions of the Act, such as mandatory minimums. Only Congress can make a statute retroactive.

This Court is examining the retroactive application of the guidelines and is developing a mechanism to provide counsel to those who may benefit from the Amendment. Your docket has been flagged and your request will not be overlooked.

*[signature]*
Staff Attorney