<pre>
 1                IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF MARYLAND

 3                        SOUTHERN DIVISION

 4

 5   UNITED STATES OF AMERICA,      ) CRIMINAL
                                    ) NO. PJM-08-0008
 6            Plaintiff,            )
                                    )
 7   v.                             )
                                    )
 8   KEYON ANTHONY MANNING,         )
                                    )
 9            Defendant.            )

10     TRANSCRIPT OF VIOLATION OF SUPERVISED RELEASE PROCEEDINGS
                BEFORE THE HONORABLE PETER J. MESSITTE
11                UNITED STATES DISTRICT JUDGE
                 THURSDAY, JUNE 28, 2018; 9:39 A.M.
12                     GREENBELT, MARYLAND

13   FOR THE PLAINTIFF:

14             OFFICE OF THE UNITED STATES ATTORNEY
               BY:  JENNIFER SYKES, ESQUIRE
15             6406 Ivy Lane
               Suite 800
16             Greenbelt, Maryland  20770
               (301) 344-4433
17
     FOR THE DEFENDANT:
18
               OFFICE OF THE FEDERAL PUBLIC DEFENDER
19             BY:  JOHN CHAMBLE, ESQUIRE
               6411 Ivy Lane
20             Suite 710
               Greenbelt, Maryland  20770
21             (301) 344-0600

22

23
     OFFICIAL COURT REPORTER:
24   Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25     ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***
</pre>

1          THE COURT:  Good morning, ladies and gentlemen.  Be

2   seated, please.

3          Madam Clerk, call the case, please.

4          THE DEPUTY CLERK:  The matter now pending before this

5   Court is Criminal No. PJM-08-008, *United States of America vs.*

6   *Kenyon Anthony Manning*.  We are here for the purpose of initial

7   appearance and violation of supervised release.

8          THE COURT:  Counsel, if you will identify yourselves,

9   please, for the government and defendant.

10          MS. SYKES:  Good morning, Your Honor.  Jennifer Sykes

11   on behalf of the United States.  Also at counsel table is the

12   case agent, it's ATF Special Agent Rebecca Moss, as well as,

13   from the probation office, United States Probation Officer Sean

14   Watson.

15          MR. CHAMBLE:  Good morning, Your Honor.  On behalf of

16   Kenyon Manning, John Chamble.

17          THE COURT:  All right.  We are here on a petition for

18   supervised release.

19          Do you want to let me know where things stand, Ms. Sykes?

20          MS. SYKES:  Yes, Your Honor.  In brief conversations

21   with Mr. Chamble, it's the government's understanding that the

22   defendant will admit to the violations in the pending petition,

23   which arise out of the recent conviction and sentence from

24   United States District Court for the District of Columbia.

25          The issue that counsel will then argue to the Court is

1    what is the appropriate length of sentence pertaining to that

2    violation.

3              THE COURT:  We are on the petition dated April 2,

4    2014.  Is that correct?

5              MS. SYKES:  Yes, Your Honor.

6              THE COURT:  All right.

7              MR. CHAMBLE:  April --

8              THE COURT:  Well, I signed it on the 2nd, but it's

9    filed on a later date, I gather.

10             MS. SYKES:  Yes, Your Honor.

11             THE COURT:  Is that the petition we are on?

12             MR. CHAMBLE:  Yes, Your Honor.

13             THE COURT:  Mr. Chamble, let me hear from you.  Where

14   do you see things?

15             MR. CHAMBLE:  Your Honor, in as much as the

16   underlying basis for the violation before the Court is alleged

17   criminal conduct that is no longer alleged since my client has

18   admitted to the offense and has been sentenced to 18 months --

19   18 years; you wish it was 18 months --

20             THE DEFENDANT:  Yes.

21             MR. CHAMBLE:  -- we are not here to contest the

22   allegation, but, rather, reserve our arguments for sentencing.

23             THE COURT:  All right.  You are not proposing to

24   sentence today?

25             MR. CHAMBLE:  We are not.

 1          THE COURT:  Okay.  Very well.  All right.  If you

 2  will swear the defendant, please, Madam Clerk.

 3          THE DEPUTY CLERK:  Please stand and raise your right

 4  hand.

 5           KEYON ANTHONY MANNING, DEFENDANT, SWORN

 6          THE COURT:  All right, sir, have a seat, please, and

 7  take that mike close to you.  State your name.

 8          THE DEFENDANT:  Kenyon Anthony Manning.

 9          THE COURT:  How old are you?

10          THE DEFENDANT:  36.

11          THE COURT:  And your home address before you were in

12  custody?

13          THE DEFENDANT:  4309 Urn Street, Capitol Heights,

14  Maryland.

15          THE COURT:  Is that a house or apartment?

16          THE DEFENDANT:  A house.

17          THE COURT:  Whose was it?

18          THE DEFENDANT:  My grandmother.

19          THE COURT:  How long did you live there?

20          THE DEFENDANT:  Say about two years.

21          THE COURT:  All right.  How far did you go in school?

22          THE DEFENDANT:  10th grade.

23          THE COURT:  Where was that?

24          THE DEFENDANT:  Suitland High School.

25          THE COURT:  All right.  And are you married or

1  single?

2          THE DEFENDANT:  Single.

3          THE COURT:  Do you have any children?

4          THE DEFENDANT:  Yes.

5          THE COURT:  How many?

6          THE DEFENDANT:  Two.

7          THE COURT:  How old are they?

8          THE DEFENDANT:  20 and 3.

9          THE COURT:  Where is the three-year-old now?

10         THE DEFENDANT:  With his mother.

11         THE COURT:  Where is she?

12         THE DEFENDANT:  I don't know right now.

13         THE COURT:  All right.  Are you under the influence

14  of any alcohol or drug this morning?

15         THE DEFENDANT:  No.

16         THE COURT:  Are you under the care of any

17  psychiatrist, psychologist, or mental health professional?

18         THE DEFENDANT:  No.

19         THE COURT:  All right.  Let's see.  We are -- I

20  gather we are -- all right.  I see where we are.  I'm sorry.

21      You were in this court in September of 2009, sentenced on

22  the basis of a guilty plea to possession with intent to

23  distribute five grams or more of cocaine base and possession of

24  a firearm after a felony conviction.

25      Do you recollect that?

1          THE DEFENDANT:  Yes.

2          THE COURT:  And as part of that sentence, you were

3    sent into custody for 71 months with a period of supervision of

4    five years to follow.

5          Understood?

6          THE DEFENDANT:  Yes.

7          THE COURT:  And there were certain conditions that

8    were imposed upon you.

9          Do you recollect that?

10          THE DEFENDANT:  Yes.

11          THE COURT:  All right.  It's been alleged that you

12    have violated certain of those conditions.  Is that correct?

13          THE DEFENDANT:  Yes.

14          THE COURT:  There is this petition on supervised

15    release that I signed on April 2nd, 2014.

16          Have you seen that?

17          THE DEFENDANT:  Yes.

18          THE COURT:  All right.  And your counsel has

19    represented that you are prepared to admit violations to the

20    supervised release conditions.  Is that correct?

21          THE DEFENDANT:  Yes.

22          THE COURT:  What I am going to do is go through each

23    of these alleged violations and ask whether you admit them, and

24    I have to then make a determination as to what to do in the

25    case following.  But in each case, the question is whether you

1  are knowingly and voluntarily admitting those violations.

2      Understood?

3          THE DEFENDANT:  Yes.

4          THE COURT:  And you have a right to have the -- put

5  the government to its proof, and if I am reasonably satisfied

6  that they proved their case, then I can make a finding on that

7  basis.

8      Is that clear?

9          THE DEFENDANT:  Yes.

10          THE COURT:  So the government can call witnesses or

11  even present witnesses to my reasonable satisfaction, you could

12  cross-examine any witnesses, you could put on your own evidence

13  as well, including to testify.  Is that clear?

14          THE DEFENDANT:  Yes.

15          THE COURT:  But if we go forward on the basis of your

16  admission, that would be sufficient for me to make a finding of

17  violation.

18      Understood?

19          THE DEFENDANT:  Yes.

20          THE COURT:  All right.  Let's go through this, then.

21      First, it's alleged that you violated the condition that

22  said you shall not commit any federal, state, or local crime.

23  This first indication indicates that you were arrested and

24  charged with felon in possession of crack, etc., etc.  I gather

25  that is the conviction that we are speaking of that Judge

1    Mossburg [ph] sentenced on.  Is that correct?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Mr. Chamble, I am asking you that, that

4    only reports the arrest, but you are not basing it on the

5    conviction.  Is that right?

6              MR. CHAMBLE:  That is correct.

7              THE COURT:  The conviction I have that was signed

8    just week or so ago, about a week ago exactly, indicates that

9    -- well, it was on the 20th of June, that you pled guilty to

10   unlawful possession with intent to distribute 100 grams or more

11   of a substance containing a detectable amount of phencyclidine,

12   and that, further, you were convicted of using, carrying, or

13   possessing a firearm during a drug trafficking offense.

14        Do you understand that?

15             THE DEFENDANT:  Yes.

16             THE COURT:  That would put you in violation of the

17   condition that said, in my sentence, that you should not commit

18   any crime federal, state, or local.

19        Understood?

20             THE DEFENDANT:  Yes.

21             THE COURT:  And you admit that violation?

22             THE DEFENDANT:  Yes.

23             THE COURT:  Further, it's alleged that you were the

24   sole occupant of a residence that was searched, and as a

25   result, a large volume of illicit drugs, drug manufacturing

1  devices, and drug paraphernalia were recovered.

2       Do you also admit that violation?

3            MR. CHAMBLE:  On that, Your Honor, one moment.

4            THE COURT:  Well, there was an unlawful possession

5  charge that Judge Mossburg [ph] sentenced him on.  Is that the

6  same?  Or is that the third?  March 16 -- there are two alleged

7  drug violations on the 16th.

8            MR. CHAMBLE:  I'm sorry, Your Honor.

9            THE COURT:  Well, one is frequently a place where

10  there is CDS.  The other is using or possessing a controlled

11  substance.  Is he admitting to both?

12            MR. CHAMBLE:  Sorry, Your Honor.  I have talked to

13  the government.  There is -- during the course of negotiations,

14  we have resolved that it's sufficient for him to plead to the

15  first allegation.  The allegation that speaks to the March 16th

16  possession of drugs and guns will not be subject to any federal

17  prosecution or subsequent indictment.

18            THE COURT:  Take me back to where we started.  Is he

19  admitting three and four or not?

20            MR. CHAMBLE:  I'm sorry, Your Honor.

21            THE COURT:  Start again.  Let's see where you are.

22            MR. CHAMBLE:  So I was concerned about a separate

23  offense.

24            THE COURT:  That's not this charge.

25            MR. CHAMBLE:  That's not this charge.

1          THE COURT:  All I am doing is basing this on the

2     sentence that he just received.  I don't know about any other

3     charge.

4          MR. CHAMBLE:  We are good with that.

5          THE COURT:  All right.  Is the answer, then -- do you

6     need to talk to Mr. Chamble for a moment?

7          MR. CHAMBLE:  No.  We are good.

8          THE COURT:  Well, what I just read was that you were

9     apparently the occupant, sole occupant of a residence where a

10    large volume of illicit drugs and other devices were found.

11         Do you admit that?

12         THE DEFENDANT:  Yes.

13         THE COURT:  This is on or about March 16, 2016.

14         Understood?

15         THE DEFENDANT:  Yes.

16         THE COURT:  And then the next allegation is that you

17    also, at that same time and place, were charged with illegally

18    using and possessing a controlled substance.

19         Is that correct?

20         THE DEFENDANT:  Yes.

21         THE COURT:  And you admit that as well?

22         THE DEFENDANT:  Yes.

23         THE COURT:  And, finally, that, on that same date,

24    you were arrested, you were found to be in possession of a

25    firearm in violation of the condition that said that you shall

1   not possess a firearm or ammunition as defined in 18, U.S.C.,

2   Section 921.

3        Do you admit that as well?

4             THE DEFENDANT:  Yes.

5             THE COURT:  You are doing all this voluntarily?

6             THE DEFENDANT:  Yes.

7             THE COURT:  That said, what are we proposing to do at

8   this point, Ms. Sykes?

9             MS. SYKES:  Your Honor, I believe the only thing left

10  to do is argue to the Court as to what the parties believe is

11  the appropriate sentence based upon these admitted violations.

12            THE COURT:  So you are prepared to go to sentencing

13  on this right now.  Is that it?

14            MS. SYKES:  The government is ready to do that, Your

15  Honor.

16            THE COURT:  Fair enough.  Go ahead.  Go ahead.  I

17  will hear from you, Ms. Sykes.

18            MS. SYKES:  Our Honor, the government asks and

19  concurs with the United States Probation Officer's

20  recommendation of 36 months.  And the reason for this above

21  guidelines request because, as reflected on the updated

22  worksheet, the current guidelines is 24 to 30 months based upon

23  these Grade A violations and his criminal history at the time.

24        But there is a lot of aggravating factors.  This is not

25  just an individual who committed an offense while on supervised

1    release.  We have a lot more here.

2         When he was under the Court's supervision back in 2014,

3    he became a fugitive from justice for about two years.  Prior

4    to that, in August of 2014, before he became a fugitive from

5    justice, he was on electronic monitoring, and the ankle

6    bracelet was tampered with and removed.  Probation, from here

7    in Greenbelt, tried to locate the defendant and was not able to

8    do so.

9         There was a gap, about a two-year gap from August 2014

10   until November 3rd, 2016.  Because of the bench arrest warrant

11   that was issued because he had been a fugitive, the United

12   States marshals, along with the ATF, located the defendant here

13   in Maryland.

14        At that time when they executed the arrest warrant

15   against the defendant, they also did a search of the residence

16   that he was in at the time, and that residence was here in

17   District Heights.

18        What's concerning and why we are asking for this is that

19   when law enforcement went in and conducted the search in

20   Mr. Manning's bedroom, they found a number of firearm related

21   evidence.

22             THE COURT:  What date was that of the search?

23             MS. SYKES:  That was November 30th, 2016.

24             THE COURT:  Go ahead.

25             MS. SYKES:  And during the search of Mr. Manning's

1   bedroom, a bedroom that he had occupied with his child and his

2   baby mamma, law enforcement recovered a loaded Glock, Model 23,

3   it's a .300 caliber semiautomatic pistol, and that was loaded

4   with 14 rounds, 13 rounds in the magazine and one hot and ready

5   in the chamber.  Along with that, they found an additional

6   loaded magazine with 14 rounds, and all this was found in a

7   men's jacket in the basement.

8        The firearm that was loaded was in the vest pocket on one

9   side and adjacent to that in another pocket was that second

10  loaded magazine.

11       In addition, they found, in a black bag in the closet of

12  that basement bedroom, 290 rounds of assorted ammunition, two

13  additional firearm magazines, one being a rifle magazine and

14  another being a drum magazine.  Both of those were unloaded.

15       In addition, within that same black bag in that basement

16  bedroom, law enforcement found quantities, as confirmed by the

17  DEA lab reports, of heroin, marijuana, and cocaine base or

18  crack, as well as a digital scale and 11 cellular telephones.

19       So we have indicia that the defendant, while he was on

20  the run while under court supervision as a fugitive from

21  justice, we are seeing continued conduct similar to what he was

22  doing in D.C., and, frankly, similar to what he was doing here

23  when he was sentenced to 71 months in this court back in 2009,

24  continuing in his same old ways of possessing guns when he is

25  not supposed to, large quantities of ammunition when he is not

1  supposed to, and quantities of drugs that are for personal use

2  or drug trafficking frankly does not matter.  He was not

3  allowed to possess them at all.

4      And, therefore, based upon that, Your Honor, we are

5  asking for the 36-month statutory maximum for the defendant.

6      I would put on the record that the government is not

7  seeking an indictment with this new conduct and that we are

8  seeking to wrap up all this offense conduct within this

9  violation of supervised release hearing and to run it

10 consecutive to what was imposed by the D.C. Court, so he would

11 do 18 years for D.C. and a consecutive 36 months based upon

12 this separate offense conduct and the separate violations

13 against the Court's instructions and orders under supervision.

14          THE COURT:  Mr. Chamble.

15          MR. CHAMBLE:  I think the government also intended to

16 recommend that the supervised release be terminated at the

17 conclusion of whatever -- well, if they get their way and have

18 36 months, they are going to ask for --

19          THE COURT:  I gather.  That's fine.

20          MS. SYKES:  Yes, sir.

21          MR. CHAMBLE:  So, Your Honor, Mr. Manning finds

22 himself in a difficult situation.  He is 36 years old.  He is

23 here because he has betrayed the trust of the Court when placed

24 on supervised release by falling back into a life-style that

25 has now earned him, from the District of Columbia, an 18-year

1   sentence, an 18-year sentence where that judge baked in and no

2   doubt factored the fact that he was a fugitive on court

3   supervision when he committed those offenses in the District of

4   Columbia.  In fact, the guidelines, in terms of criminal

5   history score, bakes in, when you commit an offense while under

6   court supervision, your criminal history category, points are

7   added.

8        So we are asking the Court not to overly punish and

9   overly incarcerate Mr. Manning in as much as his District of

10  Columbia 18-year sentence has baked in the offense conduct and

11  the fact that he was on supervised release --

12           THE COURT:  Well, it hasn't based in the November

13  2016 conduct, has it?

14           MR. CHAMBLE:  No, it has.

15           THE COURT:  No.  It's the March 2014 conduct that's

16  --

17           MR. CHAMBLE:  Your Honor, when he was sentenced, they

18  had put -- there is no doubt the government brought to that

19  judge's attention what he was doing.

20           THE COURT:  Well --

21           MR. CHAMBLE:  And so what I am suggesting to the

22  Court is that what is appropriate here is that it be some

23  partial concurrence in terms of what we are going to ask for,

24  and we believe a 24-month sentence, with some of that time

25  running partially concurrent in light of the fact that that

1  conduct, which brings him here today, was considered and

2  factored into that lengthy 18-year sentence.

3        THE COURT:  Do you want to show me the transcript

4  where that occurred?

5        MR. CHAMBLE:  Your Honor, if I had the time -- if I

6  had the time, I would have gotten --

7        THE COURT:  You can say that in any case.  You know,

8  I have a view about people who violate my probation, supervised

9  release, and who commit other crimes.  I am usually not a

10  concurrent -- disposed well to concurrent sentences.

11        MR. CHAMBLE:  Which is why I am not asking for full

12  concurrence; rather, partial concurrence because even this

13  Court knows, Your Honor, when they have sentenced someone and

14  they have committed an offense while on supervised release,

15  that is something that this Court will consider --

16        THE COURT:  That's true.

17        MR. CHAMBLE: -- and what punishment.  So I don't have

18  a transcript, but I think the Court knows that's exactly what

19  happened in D.C. when that judge slammed him with an 18-year

20  sentence.

21        So what I am asking the Court to do, given his age, given

22  the fact that he's a father of two and he's got a

23  three-year-old and that he will be in his mid 50s if he's lucky

24  navigating an 18-year sentence, that we need not pile on and we

25  need not give him the maximum of 36 months.

1    So I believe a guidelines sentence, the range is 24 to

2   30, that is harsh, and I am asking the Court not to give it

3   consecutively, but, rather, of that 24 months, Your Honor, I am

4   asking the Court to have at least 18 months of that run

5   partially concurrent because I do believe there is like a

6   stacking on and double punishment when he is being punished

7   twice.  And I think I have explained and I think the Court

8   knows this is -- that Court took that into consideration.  Now

9   he's back here again to get double punishment.

10    So it's not apples and oranges.  Yes, he betrayed the

11   trust of this Court, but that betrayal of trust was factored in

12   at the time of his sentencing when he got that 18 years.

13    So, for those reasons, Your Honor, we ask the Court,

14   because he's come here today, he is candid about his conduct,

15   he does not want to waste the Court's time, he understands he's

16   got a long road ahead of him in terms of reentering into

17   society a better and more productive person, and as the Court

18   knows, as one gets older, one becomes a little toothless in

19   terms of criminality.  The risk of recidivism is greatly

20   reduced.  He has paid a high price already for betraying this

21   Court's trust and continuing in the type of activity that the

22   Court sentenced him initially for.

23    So, he's got the lesson.  And by the time he gets out, if

24   he hasn't learned the lesson, he is not going to be a threat.

25   So we don't need to overly punish someone who has already got a

1   18-year sentence where some of the conduct when he was before

2   the Court was factored in.  So we are asking the Court not to

3   do 36 months, but, rather, 24 months, and have at least 18

4   months of that run partially concurrent.

5          THE COURT:  All right.  Mr. Manning, anything you

6   want to say about the case?

7          THE DEFENDANT:  Yes, Your Honor.  I just -- I just

8   really want to see my son graduate, be there for his

9   graduation.  Out of all this, I -- I think I learned my lesson.

10  18 years, I don't know, I just -- I just want to see my son

11  graduate.  Three years ago, I didn't have a father.  I missed

12  my daughter's graduation.  I just don't want to go through the

13  things I went through.

14      I just got to better myself.  I have been bettering

15  myself.  I have been in a drug program.  I have been taking

16  programs over at CTF.  I have been locked up for 18 months.  So

17  I got certificates on drugs -- a drug program -- I completed a

18  drug program, offense program, Howard classes.  I just been

19  trying to better myself.  And I need -- I think I need to be in

20  more drug programs because when I came home, they didn't put me

21  in a drug program.

22         THE COURT:  I am not sure how that works with all the

23  weapons and ammunition you had.  Put the connect there for me.

24  You needed a drug program, you say, and because you didn't get

25  it, you had to have, what, a stockpile of weapons; is that your

1  argument?  Because that's what I'm hearing.  Make a connection

2  for me.  I mean, part of what you face in a time like this is

3  to come to terms with what you have done.  You are blaming

4  somebody or somebody else for the fact that you had a stockpile

5  of weapons and all sort of ammunition.  Was that for fun?

6        You don't have to answer that.  I'm telling you what you

7  are telling me about not having drug treatment, I'm sorry to

8  say that.  I don't make a connection between that and the fact

9  that you had to terrorize other people --

10             THE DEFENDANT:  I was saying I need more drug

11  treatment while doing my time.  That's what I was saying.

12             THE COURT:  Okay.

13             THE DEFENDANT:  I need more drug treatment while I'm

14  in.

15             THE COURT:  Well, I suspect, and I don't know what

16  Judge Mossburg [ph] assigned to you there, but I am assuming

17  there was a drug condition for it in -- I mean, I'm agreeable

18  to terminate your supervised release here after your time, so

19  as far as my imposing conditions on the outside, really

20  academic.

21        The issue is whether, while you are in custody, and I

22  don't know where you will be housed in D.C., but while you're

23  in custody there, you would get drug treatment, and you should.

24  Because maybe you will be toothless, as Mr. Chamble said, when

25  you get out, but who knows.  Your life to this point is kind of

1  troublesome, you know?  Easy to stand up and tell the judge

2  when you face stiff time, Hey, I learned my lesson, and I say,

3  Really?  I don't know.  You haven't shown it so far.

4        All right, sir.  Anything else?

5             THE DEFENDANT:  No, Your Honor.

6             THE COURT:  All right.  Well, the Court considers the

7  issues here.  First of all, the nature of circumstances of the

8  offense, clearly, here, you went out in D.C. and effectively

9  did everything -- the worst that you could possibly do short of

10  murdering somebody.  You have committed the same kind of drug

11  offenses and gun offenses that you were convicted for here,

12  number one.  And so what's to say -- am I supposed to be --

13  give you a gentle sentence in lieu of that, in consequence of

14  that?

15        And then I hear from the government that you fled for two

16  years and you did the same thing again.  You had the guns and

17  all the ammunition.  I mean, one, two, three, I'm looking even

18  back at -- I don't have the whole report from 2014, I guess,

19  but I'm seeing there were at least three weapons involved, a

20  Ruger nine millimeter, P95 semiautomatic pistol loaded with 12

21  cartridges, a magazine, a Daewoo .40 caliber semiautomatic

22  pistol with nine cartridges, a magazine, Smith & Wesson .380

23  semiautomatic pistol, and that's what they found in 2014.  I

24  don't even have the full range.  I heard Ms. Sykes describe a

25  number of weapons, and in November, was it, of 2016?

1       What exactly did you learn here?  It sounds like you were
2   going to war.  And even the argument that I often here here
3   that I had to have the weapon in order to protect myself, that
4   doesn't -- that wouldn't wash here.  I mean, clearly you were
5   out on a mission of, I think, major potential terrorism against
6   people, and that's what you have done.

7       So, I mean, to say in any way that you are a victim of
8   anything, you are not.  You are just not.  There is no --
9   people have difficult childhoods, difficult lives.  They don't
10  do what you did.  They just don't.  And that's what you got to
11  see.  You are writing history here right now, and you haven't,
12  in your life so far, apparently, come to terms with that.  You
13  decided to lead a lawless life, abscond from supervision.  I
14  mean, what am I to say about that?  Okay, let's just give you
15  concurrent time?  I don't do that.

16      I am going to give you 36 months consecutive to the D.C.
17  sentence, and that's what you will serve, and then following,
18  there will be no supervised release.  It will be terminated in
19  unsatisfactory status.  And I'm sorry that it's come to that,
20  but you are not a young man anymore.  You should have known
21  this a long time ago.  In 2016, two years ago, you were, what,
22  35, 36?  I mean, you are not a kid.  So that's the reality.
23  You got to come to terms with your life.  The community needs
24  to worry about you.

25      So part of this sentence is meant to deter you, keep you

1    out of circulation because it didn't make much impression last

2    time and also to deter others like you who think, well, I can

3    do these things and then I won't really get hit very hard in

4    the end.  I mean, it's a punishment component.

5         Whether or not you can get some sort of rehabilitative

6    attention in custody, I say that's really not my call anymore

7    because I am terminating your supervised release.  That will

8    depend on what happens in D.C.

9         It seems to me that's the proper disposition of the case.

10   And I'm sorry for you, sorry that it's come to this in your

11   life, but you have done it yourself.  Nobody else brought it

12   on.

13        All right.  The Court then imposes a sentence as

14   indicated.  You have 14 days to note an appeal if you care to

15   with Mr. Chamble advising you.

16        And I believe there is nothing further to talk about.  Is

17   that correct, Ms. Sykes?

18             MS. SYKES:  Nothing from the government, Your Honor.

19             THE COURT:  Mr. Chamble?

20             MR. CHAMBLE:  Not from the defense, Your Honor.

21             THE COURT:  All right.  Thank you very much.

22        Hold on a second.  Let me just say something else.  There

23   was -- there was a -- there is a different issue, I guess.

24   There was a petition on -- signed on October 3rd, 2013, and it

25   alleged an assault in the District of Columbia, simple assault,

1  and not notifying the probation officer within 72 hours.  Is

2  that moot?  I gather it is.  Does the record show the charge

3  was dismissed here?  You tell me what your position is.

4          PROBATION OFFICER WATSON:  Your Honor, we can dismiss

5  that petition.

6          THE COURT:  Maybe the docket wasn't complete on that.

7  Note that they were dismissed.  Thank you very much.

8          (The proceedings were concluded at 10:08 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      C E R T I F I C A T E

2

3          I, Renee A. Ewing, an Official Court Reporter for

4    the United States District Court for the District of Maryland,

5    do hereby certify that the foregoing is a true and correct

6    transcript of the stenographically reported proceedings taken

7    on the date and time previously stated in the above matter;

8    that the testimony of witnesses and statements of the parties

9    were correctly recorded in machine shorthand by me and

10   thereafter transcribed under my supervision with computer-aided

11   transcription to the best of my ability; and that I am neither

12   of counsel nor kin to any party in said action, nor interested

13   in the outcome thereof.

14

15                    Renee A  Ewing
16
                      Renee A. Ewing, RPR, RMR, CRR
17                    Official Court Reporter
                      May 21, 2020
18

19

20

21

22

23

24

25

**1**

**100** [1] - 8:10
**10:08** [1] - 23:8
**10th** [1] - 4:22
**11** [1] - 13:18
**12** [1] - 20:20
**13** [1] - 13:4
**14** [3] - 13:4, 13:6, 22:14
**16** [2] - 9:6, 10:13
**16th** [2] - 9:7, 9:15
**18** [10] - 3:18, 3:19, 11:1, 14:11, 17:4, 17:12, 18:3, 18:10, 18:16
**18-year** [7] - 14:25, 15:1, 15:10, 16:2, 16:19, 16:24, 18:1

**2**

**2** [1] - 3:3
**20** [1] - 5:8
**2009** [2] - 5:21, 13:23
**2013** [1] - 22:24
**2014** [8] - 3:4, 6:15, 12:2, 12:4, 12:9, 15:15, 20:18, 20:23
**2016** [6] - 10:13, 12:10, 12:23, 15:13, 20:25, 21:21
**2018** [1] - 1:11
**2020** [1] - 24:17
**20770** [2] - 1:16, 1:20
**20th** [1] - 8:9
**21** [1] - 24:17
**23** [1] - 13:2
**24** [4] - 11:22, 17:1, 17:3, 18:3
**24-month** [1] - 15:24
**28** [1] - 1:11
**290** [1] - 13:12
**2nd** [2] - 3:8, 6:15

**3**

**3** [1] - 5:8
**30** [2] - 11:22, 17:2
**300** [1] - 13:3
**301** [3] - 1:16, 1:21, 1:24
**30th** [1] - 12:23
**344-0600** [1] - 1:21
**344-3227** [1] - 1:24
**344-4433** [1] - 1:16
**35** [1] - 21:22
**36** [9] - 4:10, 11:20, 14:11, 14:18, 14:22, 16:25, 18:3, 21:16,

21:22
**36-month** [1] - 14:5
**380** [1] - 20:22
**3rd** [2] - 12:10, 22:24

**4**

**40** [1] - 20:21
**4309** [1] - 4:13

**5**

**50s** [1] - 16:23

**6**

**6406** [1] - 1:15
**6411** [1] - 1:19

**7**

**71** [2] - 6:3, 13:23
**710** [1] - 1:20
**72** [1] - 23:1

**8**

**800** [1] - 1:15

**9**

**921** [1] - 11:2
**9:39** [1] - 1:11

**A**

**a.m** [1] - 23:8
**A.M** [1] - 1:11
**ability** [1] - 24:11
**able** [1] - 12:7
**abscond** [1] - 21:13
**academic** [1] - 19:20
**action** [1] - 24:12
**activity** [1] - 17:21
**added** [1] - 15:7
**addition** [2] - 13:11, 13:15
**additional** [2] - 13:5, 13:13
**address** [1] - 4:11
**adjacent** [1] - 13:9
**admission** [1] - 7:16
**admit** [8] - 2:22, 6:19, 6:23, 8:21, 9:2, 10:11, 10:21, 11:3
**admitted** [2] - 3:18, 11:11
**admitting** [3] - 7:1, 9:11, 9:19
**advising** [1] - 22:15

**age** [1] - 16:21
**agent** [1] - 2:12
**Agent** [1] - 2:12
**aggravating** [1] - 11:24
**ago** [5] - 8:8, 18:11, 21:21
**agreeable** [1] - 19:17
**ahead** [4] - 11:16, 12:24, 17:16
**aided** [1] - 24:10
**AIDED** [1] - 1:25
**alcohol** [1] - 5:14
**allegation** [4] - 3:22, 9:15, 10:16
**alleged** [8] - 3:16, 3:17, 6:11, 6:23, 7:21, 8:23, 9:6, 22:25
**allowed** [1] - 14:3
**America** [1] - 2:5
**AMERICA** [1] - 1:5
**ammunition** [6] - 11:1, 13:12, 13:25, 18:23, 19:5, 20:17
**amount** [1] - 8:11
**ankle** [1] - 12:5
**answer** [2] - 10:5, 19:6
**ANTHONY** [2] - 1:8, 4:5
**Anthony** [2] - 2:6, 4:8
**apartment** [1] - 4:15
**appeal** [1] - 22:14
**appearance** [1] - 2:7
**apples** [1] - 17:10
**appropriate** [3] - 3:1, 11:11, 15:22
**April** [3] - 3:3, 3:7, 6:15
**argue** [2] - 2:25, 11:10
**argument** [2] - 19:1, 21:2
**arguments** [1] - 3:22
**arise** [1] - 2:23
**arrest** [3] - 8:4, 12:10, 12:14
**arrested** [2] - 7:23, 10:24
**assault** [2] - 22:25
**assigned** [1] - 19:16
**assorted** [1] - 13:12
**assuming** [1] - 19:16
**ATF** [2] - 2:12, 12:12
**attention** [2] - 15:19, 22:6
**ATTORNEY** [1] - 1:14
**August** [2] - 12:4, 12:9

**B**

**baby** [1] - 13:2
**bag** [2] - 13:11, 13:15
**baked** [2] - 15:1, 15:10
**bakes** [1] - 15:5
**base** [2] - 5:23, 13:17
**based** [5] - 11:11, 11:22, 14:4, 14:11, 15:12
**basement** [2] - 13:7, 13:12, 13:15
**basing** [2] - 8:4, 10:1
**basis** [4] - 3:16, 5:22, 7:7, 7:15
**became** [2] - 12:3, 12:4
**becomes** [1] - 17:18
**bedroom** [5] - 12:20, 13:1, 13:12, 13:16
**BEFORE** [1] - 1:10
**behalf** [2] - 2:11, 2:15
**bench** [1] - 12:10
**best** [1] - 24:11
**betrayal** [1] - 17:11
**betrayed** [2] - 14:23, 17:10
**betraying** [1] - 17:20
**better** [3] - 17:17, 18:14, 18:19
**bettering** [1] - 18:14
**between** [1] - 19:8
**black** [2] - 13:11, 13:15
**blaming** [1] - 19:3
**bracelet** [1] - 12:6
**brief** [1] - 2:20
**brings** [1] - 16:1
**brought** [2] - 15:18, 22:11
**BY** [2] - 1:14, 1:19

**C**

**caliber** [2] - 13:3, 20:21
**candid** [1] - 17:14
**Capitol** [1] - 4:13
**care** [2] - 5:16, 22:14
**carrying** [1] - 8:12
**cartridges** [2] - 20:21, 20:22
**case** [8] - 2:3, 2:12, 6:25, 7:6, 16:7, 18:6, 22:9
**category** [1] - 15:6
**CDS** [1] - 9:10
**cellular** [1] - 13:18
**certain** [2] - 6:7, 6:12

**certificates** [1] - 18:17
**certify** [1] - 24:5
**chamber** [1] - 13:5
**CHAMBLE** [25] - 1:19, 2:15, 3:7, 3:12, 3:15, 3:21, 3:25, 8:6, 9:3, 9:8, 9:12, 9:20, 9:22, 9:25, 10:4, 10:7, 14:15, 14:21, 15:14, 15:17, 15:21, 16:5, 16:11, 16:17, 22:20
**Chamble** [9] - 2:16, 2:21, 3:13, 8:3, 10:6, 14:14, 19:24, 22:15, 22:19
**charge** [5] - 9:5, 9:24, 9:25, 10:3, 23:2
**charged** [2] - 7:24, 10:17
**child** [1] - 13:1
**childhoods** [1] - 21:9
**children** [1] - 5:3
**circulation** [1] - 22:1
**circumstances** [1] - 20:7
**classes** [1] - 18:18
**clear** [2] - 7:8, 7:13
**clearly** [2] - 20:8, 21:4
**Clerk** [2] - 2:3, 4:2
**CLERK** [2] - 2:4, 4:3
**client** [1] - 3:17
**close** [1] - 4:7
**closet** [1] - 13:11
**cocaine** [2] - 5:23, 13:17
**Columbia** [5] - 2:24, 14:25, 15:4, 15:10, 22:25
**commit** [4] - 7:22, 8:17, 15:5, 16:9
**committed** [4] - 11:25, 15:3, 16:14, 20:10
**community** [1] - 21:23
**complete** [1] - 23:6
**completed** [1] - 18:17
**component** [1] - 22:4
**COMPUTER** [1] - 1:25
**computer** [1] - 24:10
**COMPUTER-AIDED** [1] - 1:25
**computer-aided** [1] - 24:10
**concerned** [1] - 9:22
**concerning** [1] - 12:18
**concluded** [1] - 23:8
**conclusion** [1] - 14:17
**concurrence** [2] - 15:23, 16:12
**concurrent** [6] - 15:25, 16:10, 17:5,

18:4, 21:15
**concurs** [1] - 11:19
**condition** [4] - 7:21, 8:17, 10:25, 19:17
**conditions** [4] - 6:7, 6:12, 6:20, 19:19
**conduct** [11] - 3:17, 13:21, 14:7, 14:8, 14:12, 15:10, 15:13, 15:15, 16:1, 17:14, 18:1
**conducted** [1] - 12:19
**confirmed** [1] - 13:16
**connect** [1] - 18:23
**connection** [2] - 19:1, 19:8
**consecutive** [3] - 14:10, 14:11, 21:16
**consecutively** [1] - 17:3
**consequence** [1] - 20:13
**consider** [1] - 16:15
**consideration** [1] - 17:8
**considered** [1] - 16:1
**considers** [1] - 20:6
**containing** [1] - 8:11
**contest** [1] - 3:21
**continued** [1] - 13:21
**continuing** [2] - 13:24, 17:21
**controlled** [2] - 9:10, 10:18
**conversations** [1] - 2:20
**convicted** [2] - 8:12, 20:11
**conviction** [5] - 2:23, 5:24, 7:25, 8:5, 8:7
**correct** [8] - 3:4, 6:12, 6:20, 8:1, 8:6, 10:19, 22:17, 24:5
**correctly** [1] - 24:9
**counsel** [5] - 2:8, 2:11, 2:25, 6:18, 24:12
**course** [1] - 9:13
**COURT** [78] - 1:1, 1:23, 2:1, 2:8, 2:17, 3:3, 3:6, 3:8, 3:11, 3:13, 3:23, 4:1, 4:6, 4:9, 4:11, 4:15, 4:17, 4:19, 4:21, 4:23, 4:25, 5:3, 5:5, 5:7, 5:9, 5:11, 5:13, 5:16, 5:19, 6:2, 6:7, 6:11, 6:14, 6:18, 6:22, 7:4, 7:10, 7:15, 7:20, 8:3, 8:7, 8:16, 8:21, 8:23,

9:4, 9:9, 9:18, 9:21, 9:24, 10:1, 10:5, 10:8, 10:13, 10:16, 10:21, 10:23, 11:5, 11:7, 11:12, 11:16, 12:22, 12:24, 14:14, 14:19, 15:12, 15:15, 15:20, 16:3, 16:7, 16:16, 18:5, 18:22, 19:12, 19:15, 20:6, 22:19, 22:21, 23:6
**Court** [28] - 2:5, 2:24, 2:25, 3:16, 11:10, 14:10, 14:23, 15:8, 15:22, 16:13, 16:15, 16:18, 16:21, 17:2, 17:4, 17:7, 17:8, 17:11, 17:13, 17:17, 17:22, 18:2, 20:6, 22:13, 24:3, 24:4, 24:17
**court** [5] - 5:21, 13:20, 13:23, 15:2, 15:6
**Court's** [4] - 12:2, 14:13, 17:15, 17:21
**crack** [2] - 7:24, 13:18
**crime** [2] - 7:22, 8:18
**crimes** [1] - 16:9
**criminal** [4] - 3:17, 11:23, 15:4, 15:6
**Criminal** [1] - 2:5
**CRIMINAL** [1] - 1:5
**criminality** [1] - 17:19
**cross** [1] - 7:12
**cross-examine** [1] - 7:12
**CRR** [2] - 1:24, 24:16
**CTF** [1] - 18:16
**current** [1] - 11:22
**custody** [5] - 4:12, 6:3, 19:21, 19:23, 22:6

**D**

**D.C** [8] - 13:22, 14:10, 14:11, 16:19, 19:22, 20:8, 21:16, 22:8
**Daewoo** [1] - 20:21
**date** [4] - 3:9, 10:23, 12:22, 24:7
**dated** [1] - 3:3
**daughter's** [1] - 18:12
**days** [1] - 22:14
**DEA** [1] - 13:17
**decided** [1] - 21:13
**defendant** [8] - 2:9, 2:22, 4:2, 12:7, 12:12, 12:15, 13:19, 14:5

**Defendant** [1] - 1:9
**DEFENDANT** [43] - 1:17, 3:20, 4:5, 4:8, 4:10, 4:13, 4:16, 4:18, 4:20, 4:22, 4:24, 5:2, 5:4, 5:6, 5:8, 5:10, 5:12, 5:15, 5:18, 6:1, 6:6, 6:10, 6:13, 6:17, 6:21, 7:3, 7:9, 7:14, 7:19, 8:2, 8:15, 8:20, 8:22, 10:12, 10:15, 10:20, 10:22, 11:4, 11:6, 18:7, 19:10, 19:13, 20:5
**DEFENDER** [1] - 1:18
**defense** [1] - 22:20
**defined** [1] - 11:1
**DEPUTY** [2] - 2:4, 4:3
**describe** [1] - 20:24
**detectable** [1] - 8:11
**deter** [1] - 21:25, 22:2
**determination** [1] - 6:24
**devices** [2] - 9:1, 10:10
**different** [1] - 22:23
**difficult** [3] - 14:22, 21:9
**digital** [1] - 13:18
**dismiss** [1] - 23:4
**dismissed** [2] - 23:3, 23:7
**disposed** [1] - 16:10
**disposition** [1] - 22:9
**distribute** [2] - 5:23, 8:10
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [9] - 2:24, 12:17, 14:25, 15:3, 15:9, 22:25, 24:4
**DIVISION** [1] - 1:3
**docket** [1] - 23:6
**done** [3] - 19:3, 21:6, 22:11
**double** [2] - 17:6, 17:9
**doubt** [2] - 15:2, 15:18
**drug** [18] - 5:14, 8:13, 8:25, 9:1, 9:7, 14:2, 18:15, 18:17, 18:18, 18:20, 18:21, 18:24, 19:7, 19:10, 19:13, 19:17, 19:23, 20:10
**drugs** [5] - 8:25, 9:16, 10:10, 14:1, 18:17
**drum** [1] - 13:14
**during** [3] - 8:13, 9:13, 12:25

**E**

**earned** [1] - 14:25
**easy** [1] - 20:1
**effectively** [1] - 20:8
**electronic** [1] - 12:5
**end** [1] - 22:4
**enforcement** [3] - 12:19, 13:2, 13:16
**ESQUIRE** [2] - 1:14, 1:19
**etc** [2] - 7:24
**evidence** [2] - 7:12, 12:21
**Ewing** [4] - 1:24, 24:3, 24:15, 24:16
**exactly** [3] - 8:8, 16:18, 21:1
**examine** [1] - 7:12
**executed** [1] - 12:14
**explained** [1] - 17:7

**F**

**face** [2] - 19:2, 20:2
**fact** [7] - 15:2, 15:4, 15:11, 15:25, 16:22, 19:4, 19:8
**factored** [4] - 15:2, 16:2, 17:11, 18:2
**factors** [1] - 11:24
**fair** [1] - 11:16
**falling** [1] - 14:24
**far** [4] - 4:21, 19:19, 20:3, 21:12
**father** [2] - 16:22, 18:11
**federal** [3] - 7:22, 8:18, 9:16
**FEDERAL** [1] - 1:18
**felon** [1] - 7:24
**felony** [1] - 5:24
**filed** [1] - 3:9
**finally** [1] - 10:23
**fine** [1] - 14:19
**firearm** [7] - 5:24, 8:13, 10:25, 11:1, 12:20, 13:8, 13:13
**first** [4] - 7:21, 7:23, 9:15, 20:7
**five** [2] - 5:23, 6:4
**fled** [1] - 20:15
**follow** [1] - 6:4
**following** [2] - 6:25, 21:17
**FOR** [3] - 1:2, 1:13, 1:17
**foregoing** [1] - 24:5
**forward** [1] - 7:15
**four** [1] - 9:19

**frankly** [2] - 13:22, 14:2
**frequently** [1] - 9:9
**fugitive** [5] - 12:3, 12:4, 12:11, 13:20, 15:2
**full** [2] - 16:11, 20:24
**fun** [1] - 19:5

**G**

**gap** [2] - 12:9
**gather** [5] - 3:9, 5:20, 7:24, 14:19, 23:2
**gentle** [1] - 20:13
**gentlemen** [1] - 2:1
**given** [1] - 16:21
**Glock** [1] - 13:2
**government** [11] - 2:9, 7:5, 7:10, 9:13, 11:14, 11:18, 14:6, 14:15, 15:18, 20:15, 22:18
**government's** [1] - 2:21
**grade** [1] - 4:22
**Grade** [1] - 11:23
**graduate** [2] - 18:8, 18:11
**graduation** [2] - 18:9, 18:12
**grams** [2] - 5:23, 8:10
**grandmother** [1] - 4:18
**greatly** [1] - 17:19
**GREENBELT** [1] - 1:12
**Greenbelt** [3] - 1:16, 1:20, 12:7
**guess** [2] - 20:18, 22:23
**guidelines** [4] - 11:21, 11:22, 15:4, 17:1
**guilty** [2] - 5:22, 8:9
**gun** [1] - 20:11
**guns** [3] - 9:16, 13:24, 20:16

**H**

**hand** [1] - 4:4
**hard** [1] - 22:3
**harsh** [1] - 17:2
**health** [1] - 5:17
**hear** [3] - 3:13, 11:17, 20:15
**heard** [1] - 20:24
**hearing** [2] - 14:9, 19:1
**Heights** [2] - 4:13,

12:17
**hereby** [1] - 24:5
**heroin** [1] - 13:17
**high** [1] - 17:20
**High** [1] - 4:24
**himself** [1] - 14:22
**history** [4] - 11:23, 15:5, 15:6, 21:11
**hit** [1] - 22:3
**hold** [1] - 22:22
**home** [2] - 4:11, 18:20
**Honor** [26] - 2:10, 2:15, 2:20, 3:5, 3:10, 3:12, 3:15, 9:3, 9:8, 9:12, 9:20, 11:9, 11:15, 11:18, 14:4, 14:21, 15:17, 16:5, 16:13, 17:3, 17:13, 18:7, 20:5, 22:18, 22:20, 23:4
**HONORABLE** [1] - 1:10
**hot** [1] - 13:4
**hours** [1] - 23:1
**house** [2] - 4:15, 4:16
**housed** [1] - 19:22
**Howard** [1] - 18:18

### I

**identify** [1] - 2:8
**illegally** [1] - 10:17
**illicit** [2] - 8:25, 10:10
**imposed** [2] - 6:8, 14:10
**imposes** [1] - 22:13
**imposing** [1] - 19:19
**impression** [1] - 22:1
**IN** [1] - 1:1
**incarcerate** [1] - 15:9
**including** [1] - 7:13
**indicated** [1] - 22:14
**indicates** [2] - 7:23, 8:8
**indication** [1] - 7:23
**indicia** [1] - 13:19
**indictment** [2] - 9:17, 14:7
**individual** [1] - 11:25
**influence** [1] - 5:13
**initial** [1] - 2:6
**instructions** [1] - 14:13
**intended** [1] - 14:15
**intent** [2] - 5:22, 8:10
**interested** [1] - 24:12
**involved** [1] - 20:19
**issue** [3] - 2:25, 19:21, 22:23
**issued** [1] - 12:11

**issues** [1] - 20:7
**Ivy** [2] - 1:15, 1:19

### J

**jacket** [1] - 13:7
**Jennifer** [1] - 2:10
**JENNIFER** [1] - 1:14
**John** [1] - 2:16
**JOHN** [1] - 1:19
**Judge** [3] - 7:25, 9:5, 9:16
**JUDGE** [1] - 1:11
**judge** [3] - 15:1, 16:19, 20:1
**judge's** [1] - 15:19
**June** [1] - 8:9
**JUNE** [1] - 1:11
**justice** [3] - 12:3, 12:5, 13:21

### K

**keep** [1] - 21:25
**Kenyon** [3] - 2:6, 2:16, 4:8
**KEYON** [2] - 1:8, 4:5
**kid** [1] - 21:22
**kin** [1] - 24:12
**kind** [2] - 19:25, 20:10
**knowingly** [1] - 7:1
**known** [1] - 21:20
**knows** [5] - 16:13, 16:18, 17:8, 17:18, 19:25

### L

**lab** [1] - 13:17
**ladies** [1] - 2:1
**Lane** [2] - 1:15, 1:19
**large** [3] - 8:25, 10:10, 13:25
**last** [1] - 22:1
**law** [3] - 12:19, 13:2, 13:16
**lawless** [1] - 21:13
**lead** [1] - 21:13
**learn** [1] - 21:1
**learned** [3] - 17:24, 18:9, 20:2
**least** [3] - 17:4, 18:3, 20:19
**left** [1] - 11:9
**length** [1] - 3:1
**lengthy** [1] - 16:2
**lesson** [4] - 17:23, 17:24, 18:9, 20:2
**lieu** [1] - 20:13
**life** [6] - 14:24, 19:25,

21:12, 21:13, 21:23, 22:11
**life-style** [1] - 14:24
**light** [1] - 15:25
**live** [1] - 4:19
**lives** [1] - 21:9
**loaded** [6] - 13:2, 13:3, 13:6, 13:8, 13:10, 20:20
**local** [2] - 7:22, 8:18
**locate** [1] - 12:7
**located** [1] - 12:12
**locked** [1] - 18:16
**looking** [1] - 20:17
**lucky** [1] - 16:23

### M

**machine** [1] - 24:9
**madam** [1] - 2:3
**Madam** [1] - 4:2
**magazine** [7] - 13:4, 13:6, 13:10, 13:13, 13:14, 20:21, 20:22
**magazines** [1] - 13:13
**major** [1] - 21:5
**mamma** [1] - 13:2
**man** [1] - 21:22
**MANNING** [2] - 1:8, 4:5
**Manning** [6] - 2:6, 2:16, 4:8, 14:21, 15:9, 18:5
**Manning's** [2] - 12:20, 12:25
**manufacturing** [1] - 8:25
**March** [4] - 9:6, 9:15, 10:13, 15:15
**marijuana** [1] - 13:17
**married** [1] - 4:25
**marshals** [1] - 12:12
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [5] - 1:16, 1:20, 4:14, 12:13, 24:4
**matter** [3] - 2:4, 14:2, 24:7
**maximum** [2] - 14:5, 16:25
**mean** [8] - 19:2, 19:17, 20:17, 21:4, 21:7, 21:14, 21:22, 22:4
**meant** [1] - 21:25
**men's** [1] - 13:7
**mental** [1] - 5:17
**MESSITTE** [1] - 1:10
**mid** [1] - 16:23
**mike** [1] - 4:7

**millimeter** [1] - 20:20
**missed** [1] - 18:11
**mission** [1] - 21:5
**Model** [1] - 13:2
**moment** [2] - 9:3, 10:6
**monitoring** [1] - 12:5
**months** [16] - 3:18, 3:19, 6:3, 11:20, 11:22, 13:23, 14:11, 14:18, 16:25, 17:3, 17:4, 18:3, 18:4, 18:16, 21:16
**moot** [1] - 23:2
**morning** [4] - 2:1, 2:10, 2:15, 5:14
**Moss** [1] - 2:12
**Mossburg** [3] - 8:1, 9:5, 19:16
**mother** [1] - 5:10
**MR** [24] - 2:15, 3:7, 3:12, 3:15, 3:21, 3:25, 8:6, 9:3, 9:8, 9:12, 9:20, 9:22, 9:25, 10:4, 10:7, 14:15, 14:21, 15:14, 15:17, 15:21, 16:5, 16:11, 16:17, 22:20
**MS** [11] - 2:10, 2:20, 3:5, 3:10, 11:9, 11:14, 11:18, 12:23, 12:25, 14:20, 22:18
**murdering** [1] - 20:10

### N

**name** [1] - 4:7
**nature** [1] - 20:7
**navigating** [1] - 16:24
**need** [8] - 10:6, 16:24, 16:25, 17:25, 18:19, 19:10, 19:13
**needed** [1] - 18:24
**needs** [1] - 21:23
**negotiations** [1] - 9:13
**new** [1] - 14:7
**next** [1] - 10:16
**nine** [2] - 20:20, 20:22
**NO** [1] - 1:5
**nobody** [1] - 22:11
**note** [2] - 22:14, 23:7
**NOTES** [1] - 1:25
**nothing** [2] - 22:16, 22:18
**notifying** [1] - 23:1
**November** [4] - 12:10, 12:23, 15:12, 20:25
**number** [2] - 12:20, 20:12, 20:25

### O

**occupant** [3] - 8:24, 10:9
**occupied** [1] - 13:1
**occurred** [1] - 16:4
**October** [1] - 22:24
**OF** [7] - 1:2, 1:5, 1:10, 1:14, 1:18, 1:25
**offense** [11] - 3:18, 8:13, 9:23, 11:25, 14:8, 14:12, 15:5, 15:10, 16:14, 18:18, 20:8
**offenses** [3] - 15:3, 20:11
**OFFICE** [2] - 1:14, 1:18
**office** [1] - 2:13
**OFFICER** [1] - 23:4
**officer** [1] - 23:1
**Officer** [1] - 2:13
**Officer's** [1] - 11:19
**Official** [1] - 24:3
**OFFICIAL** [1] - 1:23
**official** [1] - 24:17
**often** [1] - 21:2
**old** [6] - 4:9, 5:7, 5:9, 13:24, 14:22, 16:23
**older** [1] - 17:18
**one** [9] - 9:3, 9:9, 13:4, 13:8, 13:13, 17:18, 20:12, 20:17
**oranges** [1] - 17:10
**order** [1] - 21:3
**orders** [1] - 14:13
**outcome** [1] - 24:13
**outside** [1] - 19:19
**overly** [3] - 15:8, 15:9, 17:25
**own** [1] - 7:12

### P

**P95** [1] - 20:20
**paid** [1] - 17:20
**paraphernalia** [1] - 9:1
**part** [3] - 6:2, 19:2, 21:25
**partial** [2] - 15:23, 16:12
**partially** [3] - 15:25, 17:5, 18:4
**parties** [2] - 11:10, 24:8
**party** [1] - 24:12
**pending** [2] - 2:4, 2:22
**people** [4] - 16:8, 19:9, 21:6, 21:9

**period** [1] - 6:3
**person** [1] - 17:17
**personal** [1] - 14:1
**pertaining** [1] - 3:1
**PETER** [1] - 1:10
**petition** [7] - 2:17,
 2:22, 3:3, 3:11, 6:14,
 22:24, 23:5
**ph** [3] - 8:1, 9:5, 19:16
**phencyclidine** [1] -
 8:11
**pile** [1] - 16:24
**pistol** [4] - 13:3,
 20:20, 20:22, 20:23
**PJM-08-0008** [1] - 1:5
**PJM-08-008** [1] - 2:5
**place** [2] - 9:9, 10:17
**placed** [1] - 14:23
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**plea** [1] - 5:22
**plead** [1] - 9:14
**pled** [1] - 8:9
**pocket** [2] - 13:8, 13:9
**point** [2] - 11:8, 19:25
**points** [1] - 15:6
**position** [1] - 23:3
**possess** [2] - 11:1,
 14:3
**possessing** [4] - 8:13,
 9:10, 10:18, 13:24
**possession** [7] - 5:22,
 5:23, 7:24, 8:10, 9:4,
 9:16, 10:24
**possibly** [1] - 20:9
**potential** [1] - 21:5
**prepared** [2] - 6:19,
 11:12
**present** [1] - 7:11
**previously** [1] - 24:7
**price** [1] - 17:20
**probation** [4] - 2:13,
 12:6, 16:8, 23:1
**PROBATION** [1] - 23:4
**Probation** [2] - 2:13,
 11:19
**PROCEEDINGS** [1] -
 1:10
**proceedings** [2] -
 23:8, 24:6
**productive** [1] - 17:17
**professional** [1] - 5:17
**program** [6] - 18:15,
 18:17, 18:18, 18:21,
 18:24
**programs** [2] - 18:16,
 18:20
**proof** [1] - 7:5
**proper** [1] - 22:9

**proposing** [2] - 3:23,
 11:7
**prosecution** [1] - 9:17
**protect** [1] - 21:3
**proved** [1] - 7:6
**psychiatrist** [1] - 5:17
**psychologist** [1] -
 5:17
**PUBLIC** [1] - 1:18
**punish** [2] - 15:8,
 17:25
**punished** [1] - 17:6
**punishment** [4] -
 16:17, 17:6, 17:9,
 22:4
**purpose** [1] - 2:6
**put** [7] - 7:4, 7:12,
 8:16, 14:6, 15:18,
 18:20, 18:23

## Q

**quantities** [3] - 13:16,
 13:25, 14:1

## R

**raise** [1] - 4:3
**range** [2] - 17:1, 20:24
**rather** [4] - 3:22,
 16:12, 17:3, 18:3
**read** [1] - 10:8
**ready** [2] - 11:14, 13:4
**reality** [1] - 21:22
**Really** [1] - 20:3
**really** [4] - 18:8, 19:19,
 22:3, 22:6
**reason** [1] - 11:20
**reasonable** [1] - 7:11
**reasonably** [1] - 7:5
**reasons** [1] - 17:13
**Rebecca** [1] - 2:12
**received** [1] - 10:2
**recent** [1] - 2:23
**recidivism** [1] - 17:19
**recollect** [2] - 5:25,
 6:9
**recommend** [1] -
 14:16
**recommendation** [1] -
 11:20
**record** [2] - 14:6, 23:2
**recorded** [1] - 24:9
**recovered** [2] - 9:1,
 13:2
**reduced** [1] - 17:20
**reentering** [1] - 17:16
**reflected** [1] - 11:21
**rehabilitative** [1] -
 22:5

**related** [1] - 12:20
**RELEASE** [1] - 1:10
**release** [14] - 2:7,
 2:18, 6:15, 6:20,
 12:1, 14:9, 14:16,
 14:24, 15:11, 16:9,
 16:14, 19:18, 21:18,
 22:7
**removed** [1] - 12:6
**Renee** [4] - 1:24, 24:3,
 24:15, 24:16
**report** [1] - 20:18
**reported** [1] - 24:6
**REPORTER** [1] - 1:23
**Reporter** [2] - 24:3,
 24:17
**reports** [2] - 8:4, 13:17
**represented** [1] - 6:19
**request** [1] - 11:21
**reserve** [1] - 3:22
**residence** [4] - 8:24,
 10:9, 12:15, 12:16
**resolved** [1] - 9:14
**result** [1] - 8:25
**rifle** [1] - 13:13
**risk** [1] - 17:19
**RMR** [2] - 1:24, 24:16
**road** [1] - 17:16
**rounds** [4] - 13:4,
 13:6, 13:12
**RPR** [2] - 1:24, 24:16
**Ruger** [1] - 20:20
**run** [4] - 13:20, 14:9,
 17:4, 18:4
**running** [1] - 15:25

## S

**satisfaction** [1] - 7:11
**satisfied** [1] - 7:5
**scale** [1] - 13:18
**school** [1] - 4:21
**School** [1] - 4:24
**score** [1] - 15:5
**Sean** [1] - 2:13
**search** [4] - 12:15,
 12:19, 12:22, 12:25
**searched** [1] - 8:24
**seat** [1] - 4:6
**seated** [1] - 2:2
**second** [2] - 13:9,
 22:22
**Section** [1] - 11:2
**see** [7] - 3:14, 5:19,
 5:20, 9:21, 18:8,
 18:10, 21:11
**seeing** [2] - 13:21,
 20:19
**seeking** [2] - 14:7,
 14:8

**semiautomatic** [4] -
 13:3, 20:20, 20:21,
 20:23
**sent** [1] - 6:3
**sentence** [20] - 2:23,
 3:1, 3:24, 6:2, 8:17,
 10:2, 11:11, 15:1,
 15:10, 15:24, 16:2,
 16:20, 16:24, 17:1,
 18:1, 20:13, 21:17,
 21:25, 22:13
**sentenced** [8] - 3:18,
 5:21, 8:1, 9:5, 13:23,
 15:17, 16:13, 17:22
**sentences** [1] - 16:10
**sentencing** [3] - 3:22,
 11:12, 17:12
**separate** [3] - 9:22,
 14:12
**September** [1] - 5:21
**serve** [1] - 21:17
**shall** [2] - 7:22, 10:25
**short** [1] - 20:9
**shorthand** [1] - 24:9
**show** [2] - 16:3, 23:2
**shown** [1] - 20:3
**side** [1] - 13:9
**signed** [4] - 3:8, 6:15,
 8:7, 22:24
**similar** [2] - 13:21,
 13:22
**simple** [1] - 22:25
**single** [2] - 5:1, 5:2
**situation** [1] - 14:22
**slammed** [1] - 16:19
**Smith** [1] - 20:22
**society** [1] - 17:17
**sole** [2] - 8:24, 10:9
**someone** [2] - 16:13,
 17:25
**son** [2] - 18:8, 18:10
**sorry** [8] - 5:20, 9:8,
 9:12, 9:20, 19:7,
 21:19, 22:10
**sort** [2] - 19:5, 22:5
**sounds** [1] - 21:1
**SOUTHERN** [1] - 1:3
**speaking** [1] - 7:25
**speaks** [1] - 9:15
**Special** [1] - 2:12
**stacking** [1] - 17:6
**stand** [3] - 2:19, 4:3,
 20:1
**start** [1] - 9:21
**started** [1] - 9:18
**state** [3] - 4:7, 7:22,
 8:18
**statements** [1] - 24:8
**States** [7] - 2:5, 2:11,
 2:13, 2:24, 11:19,

 12:12, 24:4
**STATES** [4] - 1:1, 1:5,
 1:11, 1:14
**status** [1] - 21:19
**statutory** [1] - 14:5
**stenographically** [1] -
 24:6
**STENOTYPE** [1] -
 1:25
**stiff** [1] - 20:2
**stockpile** [2] - 18:25,
 19:4
**Street** [1] - 4:13
**style** [1] - 14:24
**subject** [1] - 9:16
**subsequent** [1] - 9:17
**substance** [3] - 8:11,
 9:11, 10:18
**sufficient** [2] - 7:16,
 9:14
**suggesting** [1] - 15:21
**Suite** [2] - 1:15, 1:20
**Suitland** [1] - 4:24
**supervised** [14] - 2:7,
 2:18, 6:14, 6:20,
 11:25, 14:9, 14:16,
 14:24, 15:11, 16:8,
 16:14, 19:18, 21:18,
 22:7
**SUPERVISED** [1] -
 1:10
**supervision** [8] - 6:3,
 12:2, 13:20, 14:13,
 15:3, 15:6, 21:13,
 24:10
**supposed** [3] - 13:25,
 14:1, 20:12
**suspect** [1] - 19:15
**swear** [1] - 4:2
**SWORN** [1] - 4:5
**Sykes** [6] - 2:10, 2:19,
 11:8, 11:17, 20:24,
 22:17
**SYKES** [12] - 1:14,
 2:10, 2:20, 3:5, 3:10,
 11:9, 11:14, 11:18,
 12:23, 12:25, 14:20,
 22:18

## T

**table** [1] - 2:11
**tampered** [1] - 12:6
**telephones** [1] - 13:18
**terminate** [1] - 19:18
**terminated** [2] - 14:16,
 21:18
**terminating** [1] - 22:7
**terms** [7] - 15:4,
 15:23, 17:16, 17:19,

19:3, 21:12, 21:23
**terrorism** [1] - 21:5
**terrorize** [1] - 19:9
**testify** [1] - 7:13
**testimony** [1] - 24:8
**THE** [126] - 1:1, 1:2,
1:10, 1:13, 1:14,
1:17, 1:18, 2:1, 2:4,
2:8, 2:17, 3:3, 3:6,
3:8, 3:11, 3:13, 3:20,
3:23, 4:1, 4:3, 4:6,
4:8, 4:9, 4:10, 4:11,
4:13, 4:15, 4:16,
4:17, 4:18, 4:19,
4:20, 4:21, 4:22,
4:23, 4:24, 4:25, 5:2,
5:3, 5:4, 5:5, 5:6,
5:7, 5:8, 5:9, 5:10,
5:11, 5:12, 5:13,
5:15, 5:16, 5:18,
5:19, 6:1, 6:2, 6:6,
6:7, 6:10, 6:11, 6:13,
6:14, 6:17, 6:18,
6:21, 6:22, 7:3, 7:4,
7:9, 7:10, 7:14, 7:15,
7:19, 7:20, 8:2, 8:3,
8:7, 8:15, 8:16, 8:20,
8:21, 8:22, 8:23, 9:4,
9:9, 9:18, 9:21, 9:24,
10:1, 10:5, 10:8,
10:12, 10:13, 10:15,
10:16, 10:20, 10:21,
10:22, 10:23, 11:4,
11:5, 11:6, 11:7,
11:12, 11:16, 12:22,
12:24, 14:14, 14:19,
15:12, 15:15, 15:20,
16:3, 16:7, 16:16,
18:5, 18:7, 18:22,
19:10, 19:12, 19:13,
19:15, 20:5, 20:6,
22:19, 22:21, 23:6
**thereafter** [1] - 24:10
**therefore** [1] - 14:4
**thereof** [1] - 24:13
**third** [1] - 9:6
**threat** [1] - 17:24
**three** [6] - 5:9, 9:19,
16:23, 18:11, 20:17,
20:19
**three-year-old** [2] -
5:9, 16:23
**THURSDAY** [1] - 1:11
**today** [3] - 3:24, 16:1,
17:14
**took** [1] - 17:8
**toothless** [2] - 17:18,
19:24
**trafficking** [2] - 8:13,
14:2

**transcribed** [1] - 24:10
**transcript** [3] - 16:3,
16:18, 24:6
**TRANSCRIPT** [1] -
1:10
**TRANSCRIPTION** [1] -
1:25
**transcription** [1] -
24:11
**treatment** [4] - 19:7,
19:11, 19:13, 19:23
**tried** [1] - 12:7
**troublesome** [1] -
20:1
**true** [2] - 16:16, 24:5
**trust** [4] - 14:23,
17:11, 17:21
**trying** [1] - 18:19
**twice** [1] - 17:7
**two** [10] - 4:20, 5:6,
9:6, 12:3, 12:9,
13:12, 16:22, 20:15,
20:17, 21:21
**two-year** [1] - 12:9
**type** [1] - 17:21

## U

**U.S.C** [1] - 11:1
**under** [7] - 5:13, 5:16,
12:2, 13:20, 14:13,
15:5, 24:10
**underlying** [1] - 3:16
**understood** [5] - 6:5,
7:2, 7:18, 8:19,
10:14
**UNITED** [4] - 1:1, 1:5,
1:11, 1:14
**United** [7] - 2:5, 2:11,
2:13, 2:24, 11:19,
12:11, 24:4
**unlawful** [2] - 8:10,
9:4
**unloaded** [1] - 13:14
**unsatisfactory** [1] -
21:19
**up** [3] - 14:8, 18:16,
20:1
**updated** [1] - 11:21
**Urn** [1] - 4:13

## V

**vest** [1] - 13:8
**victim** [1] - 21:7
**view** [1] - 16:8
**violate** [1] - 16:8
**violated** [2] - 6:12,
7:21
**VIOLATION** [1] - 1:10

**violation** [9] - 2:7, 3:2,
3:16, 7:17, 8:16,
8:21, 9:2, 10:25,
14:9
**violations** [8] - 2:22,
6:19, 6:23, 7:1, 9:7,
11:11, 11:23, 14:12
**volume** [2] - 8:25,
10:10
**voluntarily** [2] - 7:1,
11:5
**vs** [1] - 2:5

## W

**war** [1] - 21:2
**warrant** [2] - 12:10,
12:14
**wash** [1] - 21:4
**waste** [1] - 17:15
**WATSON** [1] - 23:4
**Watson** [1] - 2:14
**ways** [1] - 13:24
**weapon** [1] - 21:3
**weapons** [5] - 18:23,
18:25, 19:5, 20:19,
20:25
**week** [2] - 8:8
**Wesson** [1] - 20:22
**whole** [1] - 20:18
**wish** [1] - 3:19
**witnesses** [4] - 7:10,
7:11, 7:12, 24:8
**works** [1] - 18:22
**worksheet** [1] - 11:22
**worry** [1] - 21:24
**worst** [1] - 20:9
**wrap** [1] - 14:8
**writing** [1] - 21:11

## Y

**year** [3] - 5:9, 12:9,
16:23
**years** [11] - 3:19, 4:20,
6:4, 12:3, 14:11,
14:22, 17:12, 18:10,
18:11, 20:16, 21:21
**young** [1] - 21:20
**yourself** [1] - 22:11
**yourselves** [1] - 2:8